**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 2:24-cv-01296-AB-MAR | Date: | March 18, 2024 |
|---|---|---|---|

| Title: | Rita Rose v. The Coleman Company, Inc. |
|---|---|

| Present: The Honorable | **ANDRÉ BIROTTE JR., United States District Judge** |
|---|---|

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** [In Chambers] ORDER **REMANDNG** ACTION FOR LACK OF SUBJECT MATTER JURISDICTION

On March 6, 2024, the Court issued to Defendant an Order to Show Cause ("OSC") why this action should not be dismissed for lack of subject matter jurisdiction on the ground that Defendant did not establish either that the amount in controversy was satisfied or that there was complete diversity. (Dkt. No.11.) Defendant's deadline to respond was March 13. As of the date of this Order, Defendant has not responded. Meanwhile, Plaintiff did respond, representing that the damages Plaintiff is seeking do not exceed $74,999. (Dkt. No. 12.) The Court's OSC stated that the Court would remand the action if Defendant did not timely file an Amended Notice of Removal or adequately allege the Court's jurisdiction.

Accordingly, the Court hereby **REMANDS** this action to the State Court from which it was removed.

**IT IS SO ORDERED**.